AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00242 |
| David Valentine | ) Assigned to: Judge Faruqui, Zia M. |
| | ) Assign Date: 8/6/2024 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*            **David Valentine**                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) -Knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions,;
40 U.S.C. § 5104(e)(2)(D) -Disorderly Conduct in a Capitol Building or Grounds,.

Date:    08/06/2024                                          _____
                                                             2024.08.06 14:05:05 -04'00'
                                                             *Issuing officer's signature*

City and state:     Washington, D.C.                         Zia M. Faruqui, U.S. Magistrate Judge
                                                             *Printed name and title*

---

### Return

This warrant was received on *(date)* 8/22/2024, and the person was arrested on *(date)* 8/22/2024
at *(city and state)* ST. FRANCIS, WISCONSIN.

Date: 8/22/24                                               _____
                                                            *Arresting officer's signature*

                                                            JUSTIN MOSIMAN, SPECIAL AGENT
                                                            *Printed name and title*