AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>David Valentine<br><br>_____<br>*Defendant* | ) Case: 1:24-mj-00242<br>) Assigned to: Judge Faruqui, Zia M.<br>) Assign Date: 8/6/2024<br>) Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ David Valentine _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) -Knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions,;
40 U.S.C. § 5104(e)(2)(D) -Disorderly Conduct in a Capitol Building or Grounds,.

Date:     08/06/2024

2024.08.06
14:05:05
-04'00'

*Issuing officer's signature*

City and state:          Washington, D.C.          Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 8/22/2024 , and the person was arrested on *(date)* 8/22/2024<br>at *(city and state)* ST. FRANCIS, WISCONSIN .<br><br>Date: 8/22/24 _____          _____<br>*Arresting officer's signature*<br><br>JUSTIN MOSIMAN, SPECIAL AGENT<br>*Printed name and title* |

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:24-mj-00242 |
| | ) Assigned to: Judge Faruqui, Zia M. |
| David Valentine | ) Assign Date: 8/6/2024 |
| DOB: XXXXXX | ) Description: COMPLAINT W/ ARREST WARRANT |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the

_____ in the District of ___Columbia___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder,
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) -Knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions,,
40 U.S.C. § 5104(e)(2)(D) -Disorderly Conduct in a Capitol Building or Grounds,.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____08/06/2024_____          _____
                                                                        *Judge's signature*

City and state:          Washington, D.C.          Zia M. Faruqui, U.S. Magistrate Judge
                                                                        *Printed name and title*

## STATEMENT OF FACTS

Your affiant, ████████, is a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the Washington Field Office. As a law enforcement officer of the United States ("U.S."), within the meaning of 18 United States Code ("U.S.C.") § 2510(7), I am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C § 2516. I have been a Special Agent since February 2019, in which time I have investigated several violations involving international terrorism, domestic terrorism, and violent crimes against children. I have a Bachelor of the Arts Degree in Economics from Northwestern University, a Master of Business Administration from Old Dominion University, and I am a graduate of the FBI Academy in Quantico, Virginia, where I received extensive training in federal law. I am currently involved in the investigation of David Valentine (VALENTINE). I have personally participated in this investigation and have witnessed many of the facts and circumstances described herein. The facts in this statement of facts come from my personal observations, my training and experience, and information obtained from other agents and witnesses.

### Background: Events at the U.S. Capitol on January 6, 2021

The United States Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### VALENTINE's Involvement in the January 6th Attack on the U.S. Capitol

The Federal Bureau of Investigation (FBI) received numerous online tips about an individual (later identified as DAVID MATTHEW VALENTINE) who was present on restricted U.S. Capitol grounds during the riot on January 6, 2021. Some tipsters identified the individual with the online moniker #YellowSizzler. Your affiant reviewed open-source materials associated with #YellowSizzler, closed circuit television footage collected from U.S. Capitol security cameras, and footage from law enforcement officers' body-worn cameras that recorded VALENTINE's conduct on the day of the riot.

On January 6, 2021, VALENTINE was wearing a red beanie, a green jacket over a yellow hoodie, khaki-colored pants, dark-rimmed rectangle eyeglasses, and black gloves. VALENTINE was also wearing a black backpack.



Images 1 and 2 (VALENTINE on January 6, 2021)

The footage shows VALENTINE within the restricted grounds, at around 1:30 p.m., near a line of police officers and bike-rack barricades preventing rioters from advancing toward the U.S. Capitol building. At around 1:40 p.m., rioters carried and passed a large metal-framed "Trump

2020" sign toward the police line. When the sign reached the police line, VALENTINE joined the rioters who pushed the sign against the police officers. VALENTINE reached for the sign with his right hand and pushed the sign. The rioters used the large sign as a battering ram against the officers who were holding the line. Rioters attempted to breach the bike-rack barricades while the officers were attacked with the large sign.



Image 3 (VALENTINE near Trump sign)



Image 4 (VALENTINE and other rioters pushing Trump sign toward officers)



Image 5 (VALENTINE pushing Trump sign toward officers)



Image 6 (Police officers attacked with Trump sign)



Image 7 (Police officers attacked with Trump sign)



Image 8 (VALENTINE pushing Trump sign into officers)

The footage also depicts VALENTINE in other parts of the restricted grounds after around 2:30 p.m., when rioters broke through the police line and overtook the west plaza. VALENTINE was one of the rioters who occupied the west plaza.



Image 9 (VALENTINE at West Plaza, redacted)



Image 10 (VALENTINE at West Plaza)

VALENTINE entered a lower part of the inaugural stage within the west plaza. He climbed into an area that appeared to be under construction and seemed to cut some wires with a folding knife.



Images 11, 12, and 13 (VALENTINE holding wire in right hand and knife in left hand)

At around 2:30 p.m., members of the Metropolitan Police Department (MPD) retreated to an area inside the archway of the U.S. Capitol building's Lower West Terrace Doors (also referred to as the Lower West Terrace Tunnel or "Tunnel"). Rioters massed in front of this Tunnel and attacked police officers, pushing in a collective effort to overwhelm the police officers guarding this entrance to the building. VALENTINE was present outside the Tunnel.





Images 14, 15, and 16 (VALENTINE near Lower West Terrace Doors)

At around 5:00 p.m., rioters collectively pushed against the police officers and VALENTINE joined the group, placing his hand against the back of the rioter in front of him before being repelled by a chemical irritant.





Images 17 and 18 (VALENTINE and rioters moving toward police line)

**Identification of VALENTINE**

Your affiant took additional steps to verify VALENTINE's identity. Open-source research revealed a Facebook account for David Valentine. One of the images posted around November 20, 2020, to the Facebook account shows VALENTINE wearing a yellow hooded sweatshirt like the one he wore on January 6, 2021.



Image 19 (VALENTINE in Facebook post and enlarged name, redacted)

In addition, VALENTINE is associated with a Facebook account known as "Freedom Express Media." The publicly available account lists contact information for VALENTINE, including the phone number XXX-XXX-6097 and the location Wilmington, Ohio.



Image 20 (VALENTINE in Freedom Express Media, redacted)

Messages posted from the Freedom Express Media account include admissions that they are "Yellow Sizzler" and were present at the U.S. Capitol on January 6, 2021.



Image 21 (Online message from Freedom Express Media)



Image 22 (Online message from Freedom Express Media, redacted)

The FBI received documents from Meta, Inc., concerning the aforementioned Facebook account. Meta was the owner and operator of the Facebook social media platform. The documents revealed the account was registered to phone number XXX-XXX-6097. Law enforcement and commercial database queries revealed this phone number was associated with VALENTINE. The FBI received documents from both TracFone and AT&T concerning phone number XXX-XXX-6097. On January 6, 2021, TracFone records indicated the subscriber for XXX-XXX-6097 was an account holder named "David Valentine" using email address [XXXX]ismy0000@gmail.com. As of October 2, 2023, phone number XXX-XXX-6097 was transferred to the AT&T Corporation. The subscriber for XXX-XXX-6097 was an individual named "David Valentine" (DOB: XX/XX/XXXX), with a listed billing address in Wilmington, Ohio.

According to records obtained through a search warrant served on Google, location data associated with email account [XXXX]ismy0000@gmail.com with recovery phone number XXX-XXX-6097 was identified as being within a geographic area that included the restricted area of the United States Capitol grounds on January 6, 2021. The results of a query of the Ohio Bureau of Motor Vehicles ("BMV") concerning David Valentine yielded the name "David Matthew Valentine" (DOB: XX/XX/XXXX) with an address in Wilmington, Ohio. The BMV image of David Matthew Valentine's face matches VALENTINE's likeness, as depicted in images of the January 6th riot and his social-media content. BMV records show that a blue 2001 Dodge Ram Truck with Ohio license plate number XXXXXXX is registered to VALENTINE. The FBI consulted a local detective from Wilmington, Ohio, who was familiar with VALENTINE's criminal history. The detective was shown images of VALENTINE from January 6, 2021. On June 27, 2024, the detective confirmed VALENTINE was the person depicted in the images of the January 6, 2021 riot.

On January 13, 2023, the FBI interviewed VALENTINE over the phone. VALENTINE denied entering the U.S. Capitol building on January 6, 2021, but he admitted to being present during the riot, standing just outside the U.S. Capitol building, and seeing other rioters fighting with police officers. VALENTINE described the clothes he wore on January 6, 2021, which

included a brown jacket over a yellow hooded sweatshirt, and a red toboggan-style hat (which is another way to describe a beanie).

## **Probable Cause**

Based on the foregoing, your affiant submits there is probable cause to believe that VALENTINE violated 18 U.S.C. § 231(a)(3), which makes it unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function. For purposes of Section 231 of Title 18, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. This includes the Joint Session of Congress where the Senate and House count Electoral College votes.

Your affiant submits that there is probable cause to believe that VALENTINE violated 18 U.S.C. §§ 1752(a)(1) and (a)(2) which make it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that VALENTINE violated 40 U.S.C. § 5104(e)(2)(D), which make it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress.



Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 6th day of August 2024.

_____
HONORABLE ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INITIAL APPEARANCE** |
| | **on Rule 5 Hearing** |
| v. | |
| | CASE NUMBER  **24-MJ-476** |
| **DAVID VALENTINE** | |

---

HONORABLE  STEPHEN C. DRIES, presiding          Court Reporter:  Liberty
Deputy Clerk:  Tony Byal                                         Hearing Began:  <u>3:31 PM</u>
Hearing Held:  August 22, 2024 at 3:30 PM              Hearing Ended:  <u>3:38 PM</u>

**Appearances:**

UNITED STATES OF AMERICA by:  William Roach
DAVID VALENTINE, in person, and by:  Julie Linnen, Alexandra Douglas          ☐ CJA ☑ FDS ☐ RET
U.S. PROBATION OFFICE by:  Hannah Behnke
INTERPRETER:  ☑ None ☐ Sworn

---

☐ Defendant consents to proceed via video
☑ Defendant advised of rights
☐ Court orders counsel appointed
  ☐ Defendant to reimburse at $ Amount per month
☑ Defendant advised of charges, penalties and fines

---

☑ Defendant waives right to an identity hearing and reserves right to preliminary hearing
☐ Defendant to be transported by the U.S. Marshal to District of Columbia
☑ Defendant to be released on O/R bond to appear in District of Columbia on **September 5, 2024 at 12:30 PM ET via Zoom**

---

Count 1: 5 years imprisonment, 3 years SR, $250,000 fine, $100 SA
Count 2: 1 year imprisonment, 5 years SR, $100,000 fine, $25 SA
Count 3: 1 year imprisonment, 5 years SR, $100,000 fine, $25 SA
Count 4: 6 months imprisonment, 5 years SR, $5,000 fine, $10 SA

Government and defense do not oppose release defendant on proposed conditions of release.

Court orders defendant released on O/R Bond and directed to appear in District of Columbia on September 5, 2024 at 12:30 PM ET via Zoom

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                      Case No.   24-cr-143

DAMIEN TAYLOR,

Defendant.

### WAIVER OF RIGHTS UNDER
### INTERSTATE AGREEMENT OF DETAINERS

Damien Taylor, through counsel, requests that he be returned to his place of incarceration (the State of Wisconsin as the "sending state") pending further proceedings in the above-captioned case. After discussing the matter with counsel, and after reaching a considered decision, he hereby freely and voluntarily waives any right or claim which he may have pursuant to any and all requirements or remedies of the Interstate Agreement of Detainers (Public Law 91-538, 84 Stat. 1397-1403), including, but not limited to, Articles IV(c), IV(e) and V(e) of said Agreement.

The above-named defendant agrees to be returned to federal court in connection with any proceedings in the above-captioned case.

Date 8/22/2024 _____        _____
                                DAMIEN TAYLOR
                                Defendant

Date 8/22/2024 _____        _____
                                JULIE K. LINNEN
                                Federal Defender Services of Wisconsin, Inc.

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  24-MJ-476 |
| DAVID VALENTINE | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____

*(Place)*

_____

on   _____

*(Date and Time)*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20) Additional Conditions of Release                                                                    Page 2

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

    IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )  (6)  The defendant is placed in the custody of: _____
             Person or organization  _____
             Address *(only if above is an organization)*  _____
             City and state  _____  Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

                       Signed: _____   _____
                                     *Custodian*                       *Date*

( ☐ )  (7)  The defendant must:
  ( ☒ )  (a)  submit to supervision by and report for supervision to the  PTS as directed ,
            telephone number _____ , no later than _____ .
  ( ☐ )  (b)  continue or actively seek employment.
  ( ☐ )  (c)  continue or start an education program.
  ( ☐ )  (d)  surrender any passport to: _____
  ( ☐ )  (e)  not obtain a passport or other international travel document.
  ( ☒ )  (f)  abide by the following restrictions on personal association, residence, or travel:
    Washington DC, Continental US w/o approval
  ( ☐ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____

  ( ☐ )  (h)  get medical or psychiatric treatment: _____

  ( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

  ( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
  ( ☒ )  (k)  not possess a firearm, destructive device, or other weapon.
  ( ☐ )  (l)  not use alcohol ( ☐ ) at all ( ☐ ) excessively.
  ( ☐ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
  ( ☐ )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
  ( ☐ )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
  ( ☐ )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.
      ( ☐ )  (i)  **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or
      ( ☐ )  (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
      ( ☐ )  (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
      ( ☐ )  (iv)  **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
                **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20) Additional Conditions of Release                                                                          Pages 3

# ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q)  submit to the following location monitoring technology and comply with its requirements as directed:
  ( ☐ ) (i)    Location monitoring technology as directed by the pretrial services or supervising officer; or
  ( ☐ ) (ii)   Voice Recognition; or
  ( ☐ ) (iii)  Radio Frequency; or
  ( ☐ ) (iv)  GPS.

( ☐ ) (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☐ ) (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☒ ) (t)  Report travel outside of home jurisdiction

AO 199C (Rev. 09/08) Advice of Penalties                                                                                           Pages 4

# ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

| 8-22-24 | David M. Valentz |
|---|---|
| *Date of Defendant's Signature* | *Defendant's Signature* |
| | Wilmington, OH 45177 |
| | *City and State* |

## Directions to the United States Marshal

( ☐ ) The defendant is ORDERED released after processing.

( ☐ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: August 22, 2024

_____
*Judicial Officer's Signature*

Stephen C. Dries, U.S. Magistrate Judge
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   24-MJ-476 |
| | ) | |
| DAVID VALENTINE | ) | Charging District:    District of Columbia |
| *Defendant* | ) | Charging District's Case No.   24-MJ-242 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| Place:<br>Via Zoom | Courtroom No.: | Via Zoom – Zoom information provided to attorneys by email |
|---|---|---|
| | Date and Time: | September 5, 2024 at 12:30 PM ET |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   August 22, 2024

_____
*Judge's signature*

Stephen C. Dries, U.S. Magistrate Judge
*Printed name and title*

CLOSED,TRANSFERRED

# United States District Court
# Eastern District of Wisconsin (Milwaukee)
# CRIMINAL DOCKET FOR CASE #: 2:24-mj-00476-SCD All Defendants

Case title: USA v. Valentine

Other court case number: 24-MJ-242 District of Columbia

Date Filed: 08/22/2024

Date Terminated: 08/22/2024

Assigned to: Magistrate Judge Stephen C Dries

**Defendant (1)**

**David Valentine**
*YOB 1978*
*TERMINATED: 08/22/2024*

represented by **Julie K Linnen**
Federal Defender Services of Wisconsin Inc
411 E Wisconsin Ave - Ste 2310
Milwaukee, WI 53202
414-221-9900
Email: julie_linnen@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Public Defender*

**Pending Counts**                          **Disposition**

18:231(a)(3) - CIVIL DISORDER
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                       **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                              **Disposition**

None

**Plaintiff**

**USA**                                   represented by  **William J Roach**
United States Department of Justice (ED-WI)
Office of the US Attorney
205 Doty St - Ste 301
Green Bay, WI 54301
920-884-1066
Fax: 920-884-2997
Email: william.j.roach@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/22/2024 | 1 | Rule 5 Documents Received as to David Valentine from the District of Columbia in case number 24-MJ-242. (amb) |
| 08/22/2024 | | Arrest Rule 5 of David Valentine in case number 24-MJ-242 from the District of Columbia. (amb) (Entered: 08/23/2024) |
| 08/22/2024 | 2 | Minute Entry for proceedings held before Magistrate Judge Stephen C Dries: Initial Appearance in Rule 5 Proceedings/Detention Hearing as to David Valentine held on 8/22/2024. Defendant advised of rights, charges, penalties, and fines. Defendant waives right to identity hearing and reserves right to preliminary hearing. Government and defense do not object to proposed conditions of release. Court orders defendant released on O/R bond to appear in District of Columbia on September 5, 2024 at 12:30 PM ET via Zoom. Zoom information for District of Columbia hearing provided to parties via email. (Court Reporter Liberty) (amb) (Entered: 08/23/2024) |
| 08/22/2024 | 3 | ORDER Setting Conditions of Release as to David Valentine signed by Magistrate Judge Stephen C Dries on 8/22/2024. (cc: all counsel) (amb) (Entered: 08/23/2024) |
| 08/22/2024 | 4 | ORDER Requiring Defendant to Appear in Other District as to David Valentine signed by Magistrate Judge Stephen C Dries on 8/22/2024. Defendant required to appear for District of Columbia hearing on 9/5/2024 at 12:30 PM ET via Zoom. Zoom information provided to parties via email. (cc: all counsel) (amb) (Entered: 08/23/2024) |
| 08/22/2024 | 5 | WAIVER of Rule 5(c)(3) Hearings by David Valentine. (amb) (Entered: 08/23/2024) |
| 08/23/2024 | 6 | Notice FROM Eastern District of Wisconsin TO District of Columbia of a Rule 5 Initial Appearance as to David Valentine. Your case number is: 24-MJ-242. Docket sheet and documents attached. *If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* (amb) |